# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

STATE OF FLORIDA,

v.  CASE NO. 1:12-cv-00251-MP-GRJ

BRANDON T. WALKER,

    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 6, 2012. (Doc. 6). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is summarily remanded to the County Court, Eighth Judicial Circuit in and for Alachua County, Florida.

3. The Clerk is directed to send a certified copy of this order of summary remand to the Clerk of the County Court, Eighth Judicial Circuit in and for Alachua County, Florida, close the file, and terminate all pending motions.

**DONE AND ORDERED** this   *6th* day of December, 2012

                                              *s/Maurice M. Paul*
                                           Maurice M. Paul, Senior District Judge